UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNLIMITED RESOURCES INCORPORATED,
A Florida Corporation,

    Plaintiff,

v.                                    Case No.: 3:07-CV-961-J-12MCR

DEPLOYED RESOURCES, LLC.,
A foreign limited liability company,
RICHARD STAPLETON; ROBB NAPIOR;
MICHAEL FRISCH; JOHN DOE; and JANE DOE,
currently unknown individuals or entities,

    Defendants.
_____/

SUBPOENA DUCES TECUM FOR DEPOSITION

STATE OF ALABAMA

TO:  Clearbrook LLC
     Bruce Wagner, Manager
     1521 Azalea Road
     Mobile, AL  36603

    YOU ARE COMMANDED to appear before a person authorized by law to take depositions at 1521 Azalea Road in Mobile, Alabama on March 3, 2009 at 10:30 a.m. for the taking of your deposition in aid of execution in this action and to have with you at that time and place the following:

**THE DOCUMENTS DESCRIBED IN THE ATTACHMENT**

    If you fail to appear, you may be in contempt of court.  You are subpoenaed to appear by the following attorneys, and unless excused from this Subpoena by this

EXHIBIT A

attorney or the court, you shall respond to this Subpoena as directed.

Dated: February 23, 2009

_Daniel A. Nicholas, Esquire_
For the Court

DANIEL A. NICHOLAS, ESQUIRE
RISSMAN, BARRETT, HURT,
DONAHUE & MCLAIN, P.A.
1 North Dale Mabry Highway
11th Floor
Tampa, FL 33609
Ph: (813) 221-3114
Fax: (813) 221-3033
Attorneys for Defendant

In accordance with the American with Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding are entitled at no cost to you to provide a certain assistance please contact Daniel A. Nicholas, Esquire within two working days of receipt of the described notice. If you are hearing or voice impaired call 1-800-995-8771.